In the Matter of Gertrude Diamond, Appellant, against Harold Fields et al., Constituting the Board of Examiners of the Board of Education of the City of New York, Respondents.

Submitted October 3, 1951; decided October 5, 1951.

*Copal Mintz* for motion.

*Denis M. Hurley, Corporation Counsel (Seymour B. Quel* and *Sidney P. Nadel* of counsel), opposed.

Motion denied, with $10 costs and necessary printing disbursements, upon the ground that an appeal lies as of right since a substantial constitutional question is presented. (See N. Y. Const., art. V, § 6.)